<a>
<s>
<p>
</p>
</s>
</a>

Case 7:20-cr-00035-KMK   Document 5   Filed 04/15/20   Page 1 of 1




**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 15, 2020

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. William Grogg, 20 Cr. 35 (KMK)**

Dear Judge Karas:

The above-referenced matter is currently scheduled for a status conference before the Court on April 21, 2020 at 11:00 AM. Mr. Gold and the Government are jointly seeking a 45 to 60-day adjournment of the status conference based on the current public health crisis.

The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 21, 2020, through and including the date of the rescheduled status conference. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it would permit additional time for the public health crisis to evolve, for the defense to continue to review discovery, and for the parties to continue discussing the possible disposition of the case without trial. Mr. Gold has consented to this request.

The Government respectfully encloses a proposed order excluding time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919

cc:    *Ben Gold, Esq. (by email)*

*Granted. The Court will hold a status conference on 6/8/20 at 11:00 AM.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/16/20