

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

November 10, 2020

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. William Grogg, 20 Cr. 35 (KMK)

Dear Judge Karas:

The above-referenced matter is currently scheduled for a status conference before the Court on November 17, 2020 at 2:00 PM. Mr. Gold and the Government are jointly seeking a 45 to 60-day adjournment of this conference. We have reached a resolution in principle but need additional time to finalize the details. In addition, I am starting a trial on December 14, 2020 before Judge Román. I will move to exclude time under the Speedy Trial Act once we have a new date for the status conference.

Thank you for your consideration.

Granted. The conference is moved to 1/14/21 at 11:30 am. Time is excluded until then, in the interests of justice, to allow the Parties to finalize their conversations toward a disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

11/17/20

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: 

Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919

cc:   Ben Gold, Esq. (by ECF & email)