# Federal Defenders  MEMO ENDORSED
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

May 19, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: U.S. v. William Grogg
20 Cr 35 (KMK)

Dear Honorable Karas:

I am writing to ask that you please adjourn Mr. Grogg's upcoming status conference, which is currently scheduled for May 20, 2021. Mr. Grogg has continued to have a variety of health issues and would like additional time to consider the Government's plea offer. Accordingly, I ask that the conference be adjourned to a date in late June.[1] I have spoken to AUSA Gianforti, and he does not object to this request.

Thank you very much for your consideration.

Granted. The conference is adjourned to 6/30/21, at 12:00. Time is excluded until then, in the interests of justice, to accommodate Mr. Grogg's health issues. The interests of justice from this exclusion outweight the public's and Mr. Grogg's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

Respectfully,

Benjamin Gold
Assistant Federal Defender

So Ordered.
5/19/21

cc: AUSA Benjamin Gianforti (by email)

---

[1] The parties are unavailable on June 25, 2021.