# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124   Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

June 25, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   Re: U.S. v. William R. Grogg
     20 Cr 35 (KMK)

Dear Honorable Karas:

  I am writing, with the consent of the Government, to respectfully request that Your Honor adjourn Mr. Grogg's upcoming status conference until a date in September. This adjournment would enable me to continue plea-discussions with the Government. Additionally, an adjournment is appropriate because Mr. Grogg continues to have a variety of medical issues.[1] I have no objection to excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

  Thank you for your consideration.

Granted. The conference is adjourned to 9/22/21, at 10:00. Time is excluded until then, in the interests of justice, to account for Mr. Grogg's health issues. The interests of justice from this exclusion outweigh the public's and Mr. Grogg's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ K. Karas* 6/28/21

Respectfully,

*/s/ Benjamin Gold*

Benjamin Gold
Assistant Federal Defender

cc: Benjamin Gianforti (via e-mail and ECF)

---

[1] I have attached a letter written by Mr. Grogg's physician outlying some of his medical conditions. In order to protect Mr. Grogg's medical privacy, I am filing this letter under seal.

Case 7:20-cr-00035-KMK   Document 26   Filed 06/25/21   Page 2 of 3

# Letter from Mr. Grogg's Physician

