# Federal Defenders
## OF NEW YORK, INC.

**MEMO ENDORSED**

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

November 22, 2021

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: U.S. v. William R. Grogg
20 Cr 35 (KMK)

Dear Honorable Karas:

I am writing, with the consent of the Government, to respectfully request that Your Honor adjourn Mr. Grogg's upcoming status conference to a date in January. This adjournment would enable me to continue plea-discussions with the Government. Additionally, an adjournment is appropriate because Mr. Grogg continues to have a variety of serious medical issues which has resulted in his hospitalization and has hindered his ability to meet with me and discuss his case.[1] I have no objection to excluding time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

cc: Benjamin Gianforti (via e-mail and ECF)

---

Granted.

The Status Conference is adjourned to 1/20/22, at 10:30. Time is excluded then, in the interests of justice, to allow the Parties to continue their plea discussions. The interests of justice from this exclusion outweigh the Public's and the Defendant's interests in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

So Ordered

[signature]
11/22/21

---

[1] I have attached a letter written by Mr. Grogg's physician outlying some of his medical conditions. In order to protect Mr. Grogg's medical privacy, I have redacted the medical information from the letter that is filed on ECF.